UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ANGEL GEOVANI NARANJO SAQUISILI**

**V.**                                        **CIVIL ACTION NO. 26-11501-DJC**

**DAVID WESLING, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

     Having previously ordered habeas relief, D. 7, this matter shall be closed.

May 20, 2026                                        /s/ Savannah Cook
                                                    Deputy Clerk